UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the November 27, 2004
Barerra/Morales Program,

                    Plaintiff,

-against-

RAMON RODRIGUEZ, individually and as an
officer, director, shareholder, and/or principal of
MAMBO BAR CORP. d/b/a MAMBO BAR &
RESTAURANT a/k/a MAMBO BAR, INC., and
MAMBO BAR CORP. d/b/a MAMBO BAR &
RESTAURANT a/k/a MAMBO BAR, INC.,

                    Defendants.
------------------------------------------------------------X

JUDGMENT
05 CV-3692 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT ED. N.Y.

        An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 21, 2006, adopting and affirming the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated January 14, 2006, after a *de novo* review of the record; and directing the Clerk of Court to enter judgment in favor of plaintiff; and awarding plaintiff $2,747.50 in statutory damages, $10,000.00 in enhanced damages, and $1,687.50 in attorney's fees and costs, for a total damage award of $14,435.00; it is

JUDGMENT
05-CV- 3692 (SJ)


ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted and affirmed; and that judgment is hereby entered in favor plaintiff, Garden City Boxing Club, Inc., as Broadcast Licensee of the November 27, 2004 Barerra/Morales Program, and against defendants, Ramon Rodriguez, individually and as an officer, director, shareholder, and/or principal of Mambo Bar Corp. d/b/a Mambo Bar & Restaurant a/k/a Mambo Bar, Inc., and Mambo Bar Corp. d/b/a Mambo Bar & Restaurant a/k/a Mambo Bar, Inc., awarding plaintiff $2,747.50 in statutory damages, $10,000.00 in enhanced damages, and $1,687.50 in attorney's fees and costs, for a total damage award of $14,435.00.


Dated: Brooklyn, New York
       April 24, 2006

                                            ROBERT C. HEINEMANN
                                            Clerk of Court